645 S.E.2d 341

**George Edward RAAB, Appellant,**

v.

**COMMONWEALTH of Virginia, Appellee.**

Record No. 0972–06–1.

Court of Appeals of Virginia.

June 5, 2007.

Before FELTON, C.J., and BENTON, ELDER, FRANK, HUMPHREYS, CLEMENTS, KELSEY, McCLANAHAN, HALEY, PETTY and BEALES, JJ.

UPON A PETITION FOR REHEARING EN BANC

On May 14, 2007 came the appellant, by counsel, and filed a petition requesting that the Court set aside the judgment rendered herein on May 1, 2007, and grant a rehearing *en banc* thereof.

On consideration whereof, the petition for rehearing *en banc* is granted, the mandate entered herein on May 1, 2007 is stayed pending the decision of the Court *en banc,* and the appeal is reinstated on the docket of this Court.

Notwithstanding the provisions of Rule 5A:35, the following briefing schedule hereby is established: Appellant shall file an opening brief upon rehearing *en banc* within 21 days of the date of entry of this order; appellee shall file an appellee's brief upon rehearing *en banc* within 14 days of the date on which the opening brief is filed; and appellant may file a reply brief upon rehearing *en banc* within 14 days of the date on which the appellee's brief is filed. The appellant shall attach as an addendum to the opening brief upon rehearing *en banc* a copy of the opinion previously rendered by the Court in this matter. It is further ordered that the appellant shall file

twelve additional copies of the appendix previously filed in this case.